IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DEIRDRE MCDANIELS-RUSH**                                       **PLAINTIFF**

**VS.**                                         **CASE NO. 1:21-cv-00044-GHD-DAS**

**MOXLEY & ASSOCIATES, LLC;**
**MIDLAND FUNDING, LLC;**
**TRANS UNION, LLC; and**
**EQUIFAX INFORMATION SERVICES, LLC**            **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC

THIS CAUSE came before the Court on the representation by Plaintiff Deirdre McDaniels-Rush and Defendant Equifax Information Services LLC ("Equifax"), by and through undersigned counsel, that the claims between them have been resolved and that Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(1)(A), stipulates to a voluntary dismissal of all claims against Equifax, with prejudice. All other Defendants were dismissed by previous agreement (Dkt 24) and no other parties remain.

**IT IS, THEREFORE, ORDERED** that all claims against Equifax ARE DISMISSED WITH PREJUDICE from this action. Each party to bear its own attorney fees and costs of court.

**SO ORDERED AND ADJUDGED** this the 6th day of January, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

{JX504575.1}            1

| | |
|---|---|
| **AGREED AND APPROVED:** | **AGREED AND APPROVED:** |
| */s/Michael T. Ramsey* | */s/Stacey Moore Buchanan* |
| Michael T. Ramsey, MSB No. 104978 | Stacey Moore Buchanan, MSB No. 103882 |
| Sheehan & Ramsey, PLLC | JONES WALKER LLP |
| 429 Porter Avenue | Post Office Box 427 |
| Ocean Springs, MS 39564 | Jackson, Mississippi 39205-0427 |
| (228) 875-05722 | (601) 949-4900 |
| Mike@sheehanramsey.com | sbuchanan@joneswalker.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Equifax Information Services LLC* |